UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 2:17-CR-163-JTM-JEM |
| ) | |
| ANGEL RODRIGUEZ, ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:   THE HONORABLE JAMES T. MOODY,
      UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On June 18, 2024, the United States Government appeared by counsel Assistant United States Attorney David Nozick, and Defendant Angel Rodriguez appeared in person and by counsel Matthew Soliday. A United States Probation Officer also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On August 9, 2018, Defendant Rodriguez pled guilty to Count 1 charged in the Indictment (distribution of cocaine) and on May 6, 2021, Judge James T. Moody sentenced him to a term of 15 months imprisonment followed by two years of supervised release subject to specified terms and conditions.

On January 31, 2024, the Government filed a petition alleging that Defendant violated the terms and conditions of supervised release [DE 79], and an arrest warrant was issued. On May 6, 2024, an Initial Appearance was held.

1

On June 17, 2024, Judge James Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

As a result of the June 18, 2024, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Rodriguez has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Rodriguez understands the proceedings, allegations and his rights;

3. Defendant Rodriguez knowingly and voluntarily admitted that he committed the criminal offense of possession of marijuana and cocaine in violation of the requirement that he refrain from using controlled substances [DE 93]; and

4. The violations are Grade B and C violations, Defendant's criminal history category was I during his original offense, and the suggested penalty range for a Grade B violation is 4-10 months incarceration and for a grade C violation is 3-9 months incarceration, with a statutory maximum of 24 months.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Rodriguez be adjudged to have committed a violation of his supervised release described in the January 31, 2024, Petition [DE 79];

2. The Agreed Disposition of Supervised Release Violation [DE 93] be accepted; and

3. Defendant Rodriguez be sentenced to a term of four months incarceration, with credit for time served, and with no further term of supervised release to follow.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 18th day of June, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
District Judge James Moody