UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:17 CR 163 |
| | ) | |
| ANGEL RODRIGUEZ | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. (DE # 98.) Defendant is **ADJUDGED** to have committed a violation of his supervised release as described in the Petition dated January 31, 2024. (DE # 79.) The Agreed Disposition of Supervised Release Violation (DE # 93) is **ACCEPTED**. Defendant is sentenced to a term of incarceration of four (4) months, with credit for time served, and with no additional term of supervised release to follow.

SO ORDERED.

Date: June 20, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT